THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile: (562) 632-1301
JUDITH S. LELAND (State Bar No: 63747)
MICHAEL T. KEATING (State Bar No: 266562)
E-mail: tracey@disabilitylawfirm.com
Attorneys for Plaintiff

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
IN SEON JEONG, CSBN: 291908
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8984
    Facsimile: (415) 744-0134
    Email: Inseon.Jeong@ssa.gov
    Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| PATRICIA ANN FLYNN, | ) Case No. EDCV 19-00195 AFM |
| ) | |
| Plaintiff, | ) **[PROPOSED] ORDER AWARDING** |
| ) | **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES** |
| ANDREW SAUL, | ) **PURSUANT TO 28 U.S.C. § 2412(d)** |
| Commissioner of Social Security, | ) |
| ) | |
| Defendant. | ) |
| ) | |

| | |
|---|---|
| 1 | Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FOUR THOUSAND TWO HUNDRED and FIFTY DOLLARS [$4,250.00] as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation |

Dated: 2/28/2020

*/s/ Alex MacKinnon*
_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE